■ SARAH LIPOW v. WYTHE SUPER MARKET, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ GRETA BRUNETTA v. FRANK BRUNETTA.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ THOMAS FLETCHER v. MICHAEL DONOVAN, as Administrator of the Estate of WILLIAM DONOVAN, Deceased.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ SIDNEY STONE v. MARK GOODSON et al., Doing Business as GOODSON-TODMAN PRODUCTIONS, INC.— Motion for stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached, and upon the further condition that the surety company bond, in the sum of $25,000, which was required by the order to show cause, dated April 22, 1959, to be filed as a condition for the granting of a temporary stay, be continued in full force and effect pending the hearing and determination of the appeal. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ MAE DIAMOND v. EVELYN DIAMOND.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ JAMES A. DELANEY, as Treasurer, et al. v. REEVES SOUND STUDIOS, INC.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SIGMUND ROTHSCHILD. — Motion granted insofar as to enlarge appellant's time to procure the record on appeal and appellant's points to be served and filed to and including August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ QUEEN INSURANCE COMPANY OF AMERICA v. MIRIAM WIENER et al.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ NATIONAL SURETY CORPORATION v. DAVID WIENER et al.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.